## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11201-GW-AGRx | Date | April 5, 2021 |
|---|---|---|---|
| Title | *Anthony Bouyer v. Harvard 826 Property, LLC, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                                    None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 2, 2021, Plaintiff Anthony Bouyer filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an Order to Show re: Settlement Hearing for May 24, 2021 at 8:30 a.m. The hearing will be vacated and no appearance will be required provided a dismissal is filed by noon on May 21, 2021.

:

Initials of Preparer   JG